**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MANUEL S. ALCEDO, | : No. 200 MM 2014 |
| Petitioner | : |
| v. | : |
| UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of January, 2015, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **DENIED**.